**No. 47504.**—Protest 74211–K of Burleigh Brooks, Inc. (New York).

Opinion by OLIVER, P. J. This protest was submitted without the introduction of any evidence in support of the claims made. An examination of the official papers failed to disclose any reason for disturbing the action of the collector, which was held presumptively correct. The protest was therefore overruled.

**No. 47505.**—Protest 49356–K of Frank Alvarez (San Antonio).

Opinion by OLIVER, P. J. When the protest was called for trial there was no appearance on behalf of the plaintiff. An examination of the official papers failed to disclose any reason for disturbing the action of the collector, which was held presumptively correct. The protest was therefore overruled.

**No. 47506.**—Protests 838438–G, etc., of Allied Stores Corp. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 28, 1942

**No. 47507.**—Protests 14238–K, etc., of V. W. Davis et al. (Duluth, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47508.**—Protests 24177–K/89073, etc., of J. E. Bernard & Co., Inc., et al. (Chicago, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47509.**—Protests 45981–K, etc., of Blanchard Lumber Co. et al. (Boston, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.